UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TRUSTEES OF THE REFRIGERATION,
AIR CONDITIONING & SERVICE
DIVISION (UA-NJ) PENSION FUND, et al.,

Plaintiffs,

v.

MAP REFRIGERATION, INC.,

Defendant.

Civil Action No. 18-1061 (MAS) (TJB)

**ORDER**

This matter comes before the Court upon Plaintiff Trustees of the Refrigeration, Air Conditioning and Service Division (UA-NJ) Pension Fund, Welfare Fund, Annuity Fund, and Education Fund's ("Plaintiffs") Motion for Default Judgment ("Motion") against Map Refrigeration, Inc. ("Defendant"). (ECF No. 6.) Defendant has been properly served but has not appeared in this action. (ECF No. 4.)

Plaintiffs' Motion states that "[a]t the time the Complaint was filed, [Defendant] had a bond in the amount of $21,000.00 but, pursuant to the Agreement, [Defendant] was required to increase [its] bond to $44,000.00." (Aff. in Supp. of Mot. ¶ 6, ECF No. 6.) The correspondence attached to the Motion advising Defendant of the increase in bond is dated July 20, 2017. (Ex. E, ECF No. 6.) The Motion, however, contains an Employer Trade Agreement ("Short Form Agreement") that provides a start date of August 1, 2010 and an end date of July 31, 2015. (Ex. C, ECF No. 6.) While the Motion contains excerpts of two additional agreements (Exs. A & B, ECF No. 6), the excerpts do not reflect the effective dates of the agreements and Plaintiffs did not reference a provision that extended the end date of the Short Form Agreement to cover the delinquency period at issue in this matter. Nor does the Short Form Agreement contain a renewal

provision. Additionally, Plaintiffs state that no legal brief is necessary. (ECF No. 6.) Here, based on the deficiencies in the record and the lack of a legal brief, the Court finds that Plaintiffs have not demonstrated entitlement to relief. Based on the foregoing, and other good cause shown,

IT IS on this 14th day of December, 2018, **ORDERED** that:

1. Plaintiffs' Motion for Entry of Default Judgment is denied without prejudice.
2. Plaintiffs may file a renewed motion by **January 18, 2019** with appropriate supporting documentation, including the supporting agreements in their entirety, and a supporting brief.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE